IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHN DOE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) NO. 3:26-cv-00105 |
| FRANK STRADA, et al., | ) ) JUDGE CAMPBELL |
| Defendants. | ) ) |

## ORDER

The Court will hold a telephone status conference on March 9, 2026, at 10:30 a.m. The parties are directed to dial 855-244-8681 and enter Access Code 2310 964 0001 to be connected to the call.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE