**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| JOHN DOE, | ) |
| | ) |
| Plaintiff(s) | ) |
| | ) |
| v. | ) Case No. 3:26-cv-00105 |
| | ) Judge Campbell / Frensley |
| | ) |
| FRANK STRADA, et al., | ) |
| | ) |
| | ) |
| Defendant(s) | ) |

## O R D E R

The Initial Case Management Conference set for May 7, 2026 at 9:30 a.m. is hereby

CANCELLED.

IT IS SO ORDERED.

_____
JEFFERY S. FRENSLEY
United States Magistrate Judge